USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CATALINA WORTHING INSURANCE, LTD. :
*formerly known as* THE EXCESS INSURANCE :
COMPANY LIMITED, :
                   :
           Plaintiff, :           24-CV-4566 (VEC)
                   :
      -against- :             ORDER
                   :
NEM-RE Receivables, LLC, :
                   :
          Defendant. :

-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 14, 2024, Plaintiff filed a Petition to Stay Arbitration, *see* Petition, Dkt. 1;

WHEREAS pursuant to Local Civil Rule 6.1(b), opposing or response papers must be served within 14 days after service of the moving papers;

WHEREAS Defendant waived service on July 2, 2024, *see* Waiver of Service, Dkt. 3;

WHEREAS although the waiver of service form provides that Defendant has 60 days to serve an answer or motion under Federal Rule of Civil Procedure 12, Local Rule 6.1(b) still applies to Defendant's deadline to oppose the Petition;

WHEREAS under Local Civil Rule 6.1(b) Defendant's opposition or response to the Petition was due on July 16, 2024;

WHEREAS Defendant has not requested an extension of the time to oppose the Petition; and

WHEREAS to date, Defendant has not opposed the Petition;

IT IS HEREBY ORDERED that, by not later than **Friday, July 26, 2024**, Defendant must either request a *nunc pro tunc* extension of time to file its opposition or file its opposition. If Defendant does neither, the Court will deem the Petition as unopposed.

IT IS FURTHER ORDERED that, by not later than **Friday, July 26, 2024**, Defendant must enter an appearance on the docket.

IT IS FURTHER ORDERED that, by not later than **Tuesday, July 23, 2024**, Plaintiff must serve a copy of this Order on Defendant and file proof of service on the docket.

**SO ORDERED.**

**Date:  July 19, 2024**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**