**CALINOFF & KATZ LLP**
ROBERT A. CALINOFF
RCALINOFF@CANDKLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2024

December 16, 2024

**VIA NYSCEF**

**MEMO ENDORSED**

Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Catalina Worthing Insurance Ltd., et al vs. NEM RE Receivables, LLC
    Civil Action No.: 1:24-CV-04566

Dear Judge Caproni:

We are counsel to Defendant, NEM RE Receivables, LLC, in the above matter.

The Court, by order dated December 13, 2024, set an initial Rule 16 pretrial conference for January 10, 2025 at 10:00 A.M. I will be away on January 10, 2025 and am returning to New York on January 30, 2025. Accordingly, I respectfully request an adjournment of the initial conference to February 7, 2025.

There has been no previous request for adjournment of the conference and it is made with the consent of Joseph Scully, counsel for plaintiff.

In accordance with your honor's Rule 3A, the parties shall file the required Case Management Plan and Scheduling Order no later than January 31, 2025.

Thank you for your consideration of this application.

Respectfully submitted,

Robert A. Calinoff

RAC:cb
cc: Joseph Scully, Esq. (via NYSCEF)

LAW OFFICES OF CALINOFF & KATZ LLP
745 FIFTH AVENUE   SUITE 500   NEW YORK, NEW YORK 10151   TELEPHONE: 212.826.8800

Application GRANTED.  The Initial Pretrial Conference scheduled for Friday, January 10, 2025, at 10:00 A.M. is ADJOURNED to **Friday, February 7, 2025, at 10:00 A.M.**  The deadline for the parties to submit a joint letter and proposed case management plan as detailed in the Court's Order at Dkt. 15 is extended from Thursday, January 2, 2025, to **Thursday, January 30, 2025**.

SO ORDERED.

*[Signature]*  12/17/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE