UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CATALINA WORTHING INSURANCE, LTD.
*formerly known as* THE EXCESS INSURANCE
COMPANY LIMITED,

                      Plaintiff,

      -against-

NEM-RE RECEIVABLES LLC,

                      Defendant.

------------------------------------------------------------------X

**ORDER**
24-CV-4566 (VEC) (JW)

A settlement conference was held on September 10, 2025. No settlement was reached. However, parties have expressed an interest in having a second conference. The parties are to email courtroom deputy Christopher Davis at [willisnysdchambers@nysd.uscourts.gov](mailto:willisnysdchambers@nysd.uscourts.gov), no later than September 26, 2025. They are to inform the Court as to whether they would like to proceed with a second conference, and if so, provide three mutually agreeable dates in late October, November, and December.

    SO ORDERED.

DATED:    New York, New York
               September 10, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge