**CALINOFF & KATZ** LLP
ROBERT A. CALINOFF
RCALINOFF@CANDKLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2025

September 11, 2025

**VIA NYSCEF**

Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   Catalina Worthing Insurance Ltd., et al vs. NEM RE Receivables, LLC
      Civil Action No.: 1:24-CV-04566

Dear Judge Caproni:

We represent Defendant, NEM RE Receivables, LLC, in the above-referenced matter. With Plaintiff's consent, the parties respectfully request an adjournment of the pre-trial conference currently scheduled for September 19, 2025, for the following reasons:

1. A settlement conference was held yesterday before Magistrate Judge Jennifer Willis, as reflected in her attached order. The parties intend to continue negotiations.

2. Defendant's principals have raised two additional potential claims (not Nem Re but rather Dominion Insurance and Northwestern National [Universal]) that they wish Catalina to further consider in connection with a global resolution. Claims representatives for both parties, based in London, plan to meet as soon as feasible, to discuss the claims.

3. Fact discovery is complete. Expert discovery remains ongoing and is scheduled to conclude by October 21, 2025. Postponing the conference until after discovery would benefit both the Court and the parties. Further, it will not result in a delay in any of the current deadlines or final resolution of this matter.

4. It is unclear whether the parties will be able to settle their dispute, but if discussions are productive, they will request a follow-up settlement conference before Magistrate Judge Willis. If the parties are unable to settle their disputes, Catalina Worthing Insurance Ltd. intends on moving for summary judgment.

**CALINOFF & KATZ LLP**

Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
September 11, 2025
Page 2

In light of the above, we respectfully request that the pre-trial conference be rescheduled to a date in November 2025. This is the parties' first request for an adjournment.

Respectfully submitted,

Robert A. Calinoff

RAC:cb
Enclosure
cc:   Joseph Scully, Esq. (via NYSCEF)

---

Application GRANTED. The pretrial conference scheduled for Friday, September 19, 2025, at 10:00 A.M. is ADJOURNED to **Friday, November 7, 2025, at 10:00 A.M.** The parties' deadline to submit a joint letter in accordance with the Court's prior Order at Dkt. 26 is ADJOURNED *nunc pro tunc* from Thursday, September 11, 2025, to **Thursday, October 30, 2025**.

SO ORDERED.

9/12/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE