**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CATALINA WORTHING INSURANCE, LTD.
*Formerly known as* THE EXCESS INSURANCE
COMPANY LIMITED,

                         Plaintiff,                    **ORDER**

                   -against-                       **24-CV-4566 (JW)**

NEM-RE RECEIVABLES LLC,

                        Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court is in receipt of the Parties' consent order. The Parties are to appear for a telephonic status conference on **November 24, 2025 at 10:30 AM**. The Parties are to join the conference by dialing +1 646-453-4442 and entering conference ID number 937 277 100#.

       SO ORDERED.

DATED:    New York, New York
                November 4, 2025

                                                             JENNIFER E. WILLIS
                                                     United States Magistrate Judge