**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CATALINA WORTHING INSURANCE, LTD.
*formerly known as* THE EXCESS INSURANCE
COMPANY LIMITED,

                Plaintiff,

   -against-

NEM-RE RECEIVABLES LLC,

                Defendant.
-------------------------------------------------------------------X

**ORDER**
**24-CV-4566 (JW)**

A status conference was held on November 24, 2025. The Court orders the following:

- The Court adopts the amended proposed briefing schedule by the parties. The motion for summary judgement is due **December 18, 2025**. The opposition brief is due **January 23, 2026**. Any reply brief is due **January 30, 2026.** The Parties are not required to file a joint submission of undisputed facts.

- The Parties are to file a joint letter by **February 5, 2026** with proposed dates for oral argument on the motion for summary judgement.

- The Parties agree that if the case goes to trial, it will be a bench trial.

    SO ORDERED.

DATED:   New York, New York
             November 24, 2025

                                                                   JENNIFER E. WILLIS
                                                                   United States Magistrate Judge