**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

CATALINA WORTHING INSURANCE, LTD.
formerly known as THE EXCESS INSURANCE
COMPANY LTD.,

Plaintiff,

24 **CIVIL** 4566 (JW)

-against-

# JUDGMENT

NEM-RE RECEIVABLES, LLC,

Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 21, 2026, summary judgment is GRANTED in favor of Plaintiff. Declaratory judgment is entered in favor of Catalina with respect to whether NEM Re's claims are barred by the statute of limitations. The Court DECLARES that the statute of limitations bars NEM Re's claims against Catalina in their entirety; accordingly, the case is closed.

**Dated:** New York, New York

July 23, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**